FILED

OCT 29 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:25 CR 528 |
| THOMAS RICARDO HOLLIDAY II, | ) Title 18, United States Code, Section 2113(a) |
| Defendant. | ) |

**JUDGE CALABRESE**

COUNT 1
(Bank Robbery, 18 U.S.C. §§ 2113(a) and (d))

The Grand Jury charges:

1. On or about October 2, 2025, in the Northern District of Ohio, Eastern Division, Defendant THOMAS RICARDO HOLLIDAY II, by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the Dollar Bank, located at 4140 Fulton Road, Cleveland, Ohio, approximately $1,878.00 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.